**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patrick R DeCicco | Social Security number or ITIN xxx–xx–8153 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lisa M. DeCicco | Social Security number or ITIN xxx–xx–1972 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    13–17348–JNP

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick R DeCicco                                    Lisa M. DeCicco

7/18/18                                    **By the court:** Jerrold N. Poslusny Jr.
                                                     United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-17348-JNP
Patrick R DeCicco                                                       Chapter 13
Lisa M. DeCicco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 4              Date Rcvd: Jul 18, 2018
                               Form ID: 3180W          Total Noticed: 121

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db/jdb         +Patrick R DeCicco,    Lisa M. DeCicco,    60 Ashland Ave,    Sicklerville, NJ 08081-2184
513820649      +Advocare Laurel Pediatrics,    P.O. Box 3001 D08,    Voorhees, NJ 08043-0598
513820650      +Akron Billing Center,    2620 Ridgewood Road, Suite 300,    Akron, OH 44313-3500
513820652       American Coradius International LLC,    35A Rust Lane,    Boerne, TX 78006-8202
513820654      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
513820655      +Atlanticare Urgent Care Physicians,    10100 Forest Hills Road DPT0372,
                 Machesney Park, IL 61115-8234
515877004       BCAT 2015-16TT,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
515877005      +BCAT 2015-16TT,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826,    BCAT 2015-16TT,    c/o Shellpoint Mortgage Servicing 29603-0826
514116361       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515011634      +Bank of America, NA,    c/o Kivitz, McKeever, Lee PC,    701 Market Street Ste 5000,
                 Philadelphia, PA 19106-1541
513820751      +Bank of New York Mellon,    Attn Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
                 Highland Ranch, CO 80129-2386
513820663      +Booth Radiology,    P.O. Box 1259,    Dept. 87001,    Oaks, PA 19456-1259
513820667      +Capital One Na,    6400 Main Street,    Amherst, NY 14221-5858
513820684       Eichenbaum & Stylianou, LLC,    10 Forest Avenue,    P.O. Box 914,    Paramus, NJ 07653-0914
513820685      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513820694       Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ 08054-7388
513820696      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513820706      +Ge Moneybank,    4246 South Riverbo,    Salt Lake City, UT 84123-2561
513820721      +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
513820722     ++++HOME LOAN SERVICES,    100 S COMMONS STE 150,    PITTSBURGH PA 15212-5359
               (address filed with court:  Home Loan Services,    150 Allegheny Center Mal,
                 Pittsburgh, PA 15212)
513820724       HRRG,    P.O. Box 189053,    Plantation, FL 33318-9053
513820730      +Kennedy Health System,    Kennedy University Hospital,    500 Marlboro Avenue,
                 Cherry Hill, NJ 08002-2054
513820734       LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
513820733       LabCorp,    P.O. Box 2240,    Burlington, NC 27216-2240
513820739       Med Tech Clinical Laboratory, Inc.,    175 Croos Keys Rd, Suite 203,    Berlin, NJ 08009-9263
513820744      +PNC,    Attention: Bankruptcy,    6750 Miller Rd.,    Brecksville, OH 44141-3262
513820743      +Pellettieri / Miramedrg,    991 Oak Creek Dr,    Lombard, IL 60148-6408
513820746       Radiology Associates of New Jersey,    P.O. Box 347274,    Pittsburgh, PA 15251-4274
513820747      +Rancocas Anethesiology P,    P.O. Box 464,    Rutherford, NJ 07070-0471
513820748       Remex,    307 Wall Street,    Princeton, NJ 08540-1515
513820750      +South Jersey Radiology Associates,    P.O. Box 1710,    Voorhees, NJ 08043-7710
513957666      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
513820754      +Tdrcs/diamond Furnitur,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
513820755      +Tejal A. Patel DMD,    2001 Liberty Place,    Sicklerville, NJ 08081-5707
513820758      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
513820760      +The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
513820764       UMDNJ-SOM,    Faculty Practice Plan,    P.O. Box 635,    Belllmwar, NJ 08099-0635
513820767      +Vantage Sourcing,    P.O. Box 6886,    Dothan, AL 36302-6886
514057007      +Velocity Investments LLC,    JD Receivables LLC,    P.O. Box 382656,    Germantown, TN 38183-2656
513820768       Verizon Wirelss,    National Recovery,    Minneapolis, MN 55426
513820771      +Wachrl/Wells Fargo,    Attn: Centralized Bankruptcy MAC R4057-0,    PO Box 13765,
                 Roanoke, VA 24037-3765
513820774      +Wf/wb,    P.o. Box 3117,    Winston-salem, NC 27102-3117
513820776       Wffinancial,    Mac 4031-080,    Phoenix, AZ 85038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2018 23:51:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2018 23:51:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513820648       E-mail/Text: mtamsett@adminrecovery.com Jul 18 2018 23:51:56      Admin Recovery Llc,
                 9159 Main St,    Clarence, NY 14031
513820651      +EDI: RMSC.COM Jul 19 2018 03:23:00      Am-eagle/GEMB*,
                 GE Capital Retail bank/Attention: Bankru,    PO Box 103104,    Roswell, GA 30076-9104
513998440       EDI: AIS.COM Jul 19 2018 03:23:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
513820653      +EDI: RMCB.COM Jul 19 2018 03:23:00      American Medical Collection Agency,
                 4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
513937577       EDI: RESURGENT.COM Jul 19 2018 03:23:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
513820657       EDI: BANKAMER.COM Jul 19 2018 03:18:00      Bank Of America, N.a.,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
513820656      +EDI: BANKAMER.COM Jul 19 2018 03:18:00      Bank Of America,    Po Box 84006,
                 Columbus, GA 31908-4006

```
District/off: 0312-1                  User: admin                      Page 2 of 4                       Date Rcvd: Jul 18, 2018
                                      Form ID: 3180W                   Total Noticed: 121


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513820661      +EDI: BANKAMER.COM Jul 19 2018 03:18:00      Bk Of Amer*,
                 Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,    Simi Valley, CA 93062-5170
514110742       EDI: RECOVERYCORP.COM Jul 19 2018 03:23:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
517526537      +EDI: PRA.COM Jul 19 2018 03:23:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
513820666       EDI: CAPITALONE.COM Jul 19 2018 03:23:00      Cap One,    Po Box 85520,    Richmond, VA 23285
513820756       EDI: CITICORP.COM Jul 19 2018 03:23:00      Texaco / Citibank*,
                 Citicorp Credit Services/Attn: Centraliz,    PO Box 20507,    Kansas City, MO, 64195
513820766       EDI: CITICORP.COM Jul 19 2018 03:23:00      Unvl/citi*,    Attn.: Centralized  Bankruptcy,
                 PO Box 20507,    Kansas City, MO, 64195
513820671       EDI: CITICORP.COM Jul 19 2018 03:23:00      Citibank Usa*,
                 Citicorp Credit Services/Attn:Centralize,    PO Box 20507,    Kansas City, MO, 64195
513820664      +EDI: CAPITALONE.COM Jul 19 2018 03:23:00      Cap One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
514110133       EDI: BL-BECKET.COM Jul 19 2018 03:23:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
513820668      +EDI: CAPITALONE.COM Jul 19 2018 03:23:00      Capital One*,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
513820669      +EDI: CHASE.COM Jul 19 2018 03:23:00      Chase,    201 N. Walnut St//de1-1027,
                 Wilmington, DE 19801-2920
513820670      +EDI: CITICORP.COM Jul 19 2018 03:23:00      Citi/shell,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
513820672      +EDI: CIAC.COM Jul 19 2018 03:23:00      Citimortgage Inc,    Po Box 9438,
                 Gaithersburg, MD 20898-9438
513820675      +EDI: WFNNB.COM Jul 19 2018 03:23:00      Comenity Bank/Lane Bryant*,    Attention: Bankruptcy,
                 PO Box 182686,    Columbus, OH 43218-2686
513820677      +EDI: WFNNB.COM Jul 19 2018 03:23:00      Comenity Bank/Roaman*,    Attention Bankruptcy,
                 PO Box 182686,    Columbus, OH 43218-2686
513820673      +EDI: WFNNB.COM Jul 19 2018 03:23:00      Comenity Bank/brylnhme,    Po Box 182789,
                 Columbus, OH 43218-2789
513820674      +EDI: WFNNB.COM Jul 19 2018 03:23:00      Comenity Bank/fashbug,    PO Box 182789,
                 Columbus, OH 43218-2789
513820676      +EDI: WFNNB.COM Jul 19 2018 03:23:00      Comenity Bank/lnbryant,    Po Box 182789,
                 Columbus, OH 43218-2789
513820678      +EDI: WFNNB.COM Jul 19 2018 03:23:00      Comenity Bank/roamans,    8035 Quivira Rd,
                 Lenexa, KS 66215-2746
513845838      +EDI: TSYS2.COM Jul 19 2018 03:18:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
513831672       EDI: DISCOVER.COM Jul 19 2018 03:23:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
513820679      +EDI: DISCOVER.COM Jul 19 2018 03:23:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
513820683       EDI: TSYS2.COM Jul 19 2018 03:18:00      Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
513820708      +EDI: RMSC.COM Jul 19 2018 03:23:00      GECRB/ Old Navy*,    Attention: GEMB,    PO Box 103104,
                 Roswell, GA 30076-9104
513820711      +EDI: RMSC.COM Jul 19 2018 03:23:00      GECRB/Care Credit*,    Attn: bankruptcy,    PO Box 103104,
                 Roswell, GA 30076-9104
513820712      +EDI: RMSC.COM Jul 19 2018 03:23:00      GECRB/JC Penny*,    Attention: Bankruptcy,
                 PO Box 103104,    Roswell, GA 30076-9104
513820719      +EDI: RMSC.COM Jul 19 2018 03:23:00      GECRB/Walmart*,    Walmart/GEMB,    PO Box 103104,
                 Roswell, GA 30076-9104
513820709      +EDI: RMSC.COM Jul 19 2018 03:23:00      Gecrb/amer Eagle,    Po Box 965005,
                 Orlando, FL 32896-5005
513820710      +EDI: RMSC.COM Jul 19 2018 03:23:00      Gecrb/care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
513820713      +EDI: RMSC.COM Jul 19 2018 03:23:00      Gecrb/jcp,    P.o. Box 965008,    Orlando, FL 32896-5008
513820714      +EDI: RMSC.COM Jul 19 2018 03:23:00      Gecrb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
513820715      +EDI: RMSC.COM Jul 19 2018 03:23:00      Gecrb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
513820716      +EDI: RMSC.COM Jul 19 2018 03:23:00      Gecrb/tjx Cos,    Po Box 965015,    Orlando, FL 32896-5015
513820717       EDI: RMSC.COM Jul 19 2018 03:23:00      Gecrb/walmart,    Po Box 965024,    El Paso, TX 79998
513820718      +EDI: RMSC.COM Jul 19 2018 03:23:00      Gecrb/walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
513820720      +EDI: RMSC.COM Jul 19 2018 03:23:00      Gemb/walmart*,    Attn: Bankruptcy,    PO Box 103104,
                 Roswell, GA 30076-9104
513820725      +EDI: IIC9.COM Jul 19 2018 03:23:00      I C System*,    Attn: Bankruptcy,
                 444 Highway 96 East, P.O. Box 64444,    Saint Paul, MN 55164-0444
513820727       EDI: IIC9.COM Jul 19 2018 03:23:00      I.C. System, Inc.,    444 Highway 96 East, P.O. Box 64437,
                 St. Paul, MN 55164-0437
513820728      +EDI: IIC9.COM Jul 19 2018 03:23:00      Ic Systems Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
514062696       EDI: JEFFERSONCAP.COM Jul 19 2018 03:23:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
513820732      +EDI: CBSKOHLS.COM Jul 19 2018 03:23:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
```

```
District/off: 0312-1           User: admin               Page 3 of 4                   Date Rcvd: Jul 18, 2018
                               Form ID: 3180W            Total Noticed: 121


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514098864        EDI: RESURGENT.COM Jul 19 2018 03:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Wells Fargo Bank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
513820735       +EDI: PHINAMERI.COM Jul 19 2018 03:23:00      Long Beach Acceptance,    500 N State College Blvd,
                 Orange, CA 92868-1604
513820736       +EDI: PHINAMERI.COM Jul 19 2018 03:23:00      Long Beach Acceptance/Americredit*,    Americredit,
                 PO Box 183853,   Arlington, TX 76096-3853
513820737       +EDI: RMSC.COM Jul 19 2018 03:23:00      Lowes /GECRB*,    Attention: Bankruptcy Department,
                 PO Box 103104,   Roswell, GA 30076-9104
513820738       +EDI: RESURGENT.COM Jul 19 2018 03:23:00      Lvnv Funding Llc,    Po Box 740281,
                 Houston, TX 77274-0281
513820740        E-mail/Text: mmrgbk@miramedrg.com Jul 18 2018 23:51:35      MiraMed Revenue Group,
                 991 Oak Creek Drive,   Lombard, IL 60148-6408
513820741       +E-mail/Text: mmrgbk@miramedrg.com Jul 18 2018 23:51:35      Miramedrg,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
513820742       +E-mail/Text: Bankruptcies@nragroup.com Jul 18 2018 23:52:27      National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
514077298        EDI: PRA.COM Jul 19 2018 03:23:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                 PO Box 41067,   Norfolk VA 23541
514077302        EDI: PRA.COM Jul 19 2018 03:23:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    PO Box 41067,    Norfolk VA 23541
513820745       +EDI: CHASE.COM Jul 19 2018 03:23:00      Providian/Chase*,    Attn: Bankruptcy,    PO Box 15298,
                 Wilmington, DE 19850-5298
513865018        EDI: Q3G.COM Jul 19 2018 03:23:00      Quantum3 Group LLC as agent for,     Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
515327229       +EDI: Q3G.COM Jul 19 2018 03:23:00      Quantum3 Group LLC as agent for,     MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788,     Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
515327228        EDI: Q3G.COM Jul 19 2018 03:23:00      Quantum3 Group LLC as agent for,     MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
513820749        EDI: SEARS.COM Jul 19 2018 03:23:00      Sears/cbna,    133200 Smith Rd,    Cleveland, OH 44130
513965071       +E-mail/Text: bncmail@w-legal.com Jul 18 2018 23:51:43      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513820752       +EDI: WTRRNBANK.COM Jul 19 2018 03:23:00      Target Credit Card TC,
                 C/O Financial & Retail Services,    Mailstop BT P.O. Box 9475,    Minneapolis, MN 55440-9475
513820753       +EDI: WTRRNBANK.COM Jul 19 2018 03:23:00      Target N.b.,    3701 Wayzata Blvd,
                 Minneapolis, MN 55416-3401
513820757       +EDI: CITICORP.COM Jul 19 2018 03:23:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
513820762       +EDI: WTRRNBANK.COM Jul 19 2018 03:23:00      Tnb - Target,    Po Box 673,
                 Minneapolis, MN 55440-0673
513820763       +EDI: WTRRNBANK.COM Jul 19 2018 03:23:00      Tnb-Visa  TV / Target*,
                 C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,    Minneapolis, MN 55440-9475
513820765       +EDI: CITICORP.COM Jul 19 2018 03:23:00      Unvl/citi,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
513820769       +EDI: VERIZONCOMB.COM Jul 19 2018 03:18:00      Vzw Ne*,
                 Attention: Verizon Wireless Department,    PO Box 3397,    Bloomington, IL 61702-3397
513820723        EDI: WACHOVIA.COM Jul 19 2018 03:23:00      Homeq Servicing,    Po Box 13716,
                 Sacramento, CA 95853
513820770       +EDI: WFFC.COM Jul 19 2018 03:23:00      Wachov/ftu/Wells Fargo*,    PO Box 31557,    MAC B6955-01B,
                 Billings, MT 59107-1557
513820772        EDI: WFFC.COM Jul 19 2018 03:23:00      Wells Fargo Bank,    Credit Bureau Dispute Resoluti,
                 Des Moines, IA 50306
513820773       +EDI: WFFC.COM Jul 19 2018 03:23:00      Wells Fargo Bank*,    MACQ 2123-013,    POB 94423,
                 Albuquerque, NM 87199-4423
513820777       +EDI: WFNNB.COM Jul 19 2018 03:23:00      World Financial Network National Bank*,    WFNNB,
                 PO Box 182686,   Columbus, OH 43218-2686
                                                                                              TOTAL: 78

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513820658*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.a.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
513820659*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.a.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
513820660*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.a.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
513820662*      +Bk Of Amer*,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
513820665*      +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
513820680*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
513820681*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
513820682*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
513820686*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513820687*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513820688*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513820689*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513820690*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513820691*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
```

```
District/off: 0312-1          User: admin              Page 4 of 4              Date Rcvd: Jul 18, 2018
                              Form ID: 3180W           Total Noticed: 121


          ***** BYPASSED RECIPIENTS (continued) *****
513820692*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513820693*      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513820695*       Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ 08054-7388
513820697*      +Financial Recoveries*,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513820698*      +Financial Recoveries*,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513820699*      +Financial Recoveries*,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513820700*      +Financial Recoveries*,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513820701*      +Financial Recoveries*,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513820702*      +Financial Recoveries*,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513820703*      +Financial Recoveries*,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513820704*      +Financial Recoveries*,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513820705*      +Financial Recoveries*,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513820707*      +Ge Moneybank*,    4246 South Riverbo,    Salt Lake City, UT 84123-2561
513820726*      +I C System*,    Attn: Bankruptcy,    444 Highway 96 East, P.O. Box 64444,
                  Saint Paul, MN 55164-0444
513820729*      +Ic Systems Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
513820731*      +Kennedy Health System,    Kennedy University Hospital,    500 Marlboro Avenue,
                  Cherry Hill, NJ 08002-2054
513820759*      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
513820761*      +The Bureaus Inc.*,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
513820775*      +Wf/wb,    Pob 3117,    Winston Salem, NC 27102-3117
                                                                                        TOTALS: 0, * 33, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ronald E. Norman    on behalf of Debtor Patrick R DeCicco ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Joint Debtor Lisa M. DeCicco ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
                                                                                             TOTAL: 7
```