| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Law Office of Ronald E. Norman, LLC<br>Washington Professional Campus, II<br>901 Route 168, Suite 407A<br>Turnersville, NJ 08012<br>(856)374-3100 | **Order Filed on July 31, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |

In Re:

Patrick R. DeCicco and Lisa M. DeCicco

Case No: __13-17348__

Chapter: 13

Hearing Date: _____

Judge: __JNP__

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☑ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER (specify)** _____

Recommended Local Form:   ☑ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 31, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL EFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 60 Ashland Avenue
   Sicklerville, NJ 08081

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Bank of America, N.A.
   b. Current Assignee: Specialized Loan Servicing, LLC
   c. Current Servicer: Specialized Loan Servicing, LLC
   d. Date of Mortgage/Lien: 5/12/06
   e. Date of Recordation: 6/14/06
   f. Place of Recordation: State of NJ, County of Camden
      i. Mortgage Book: 8230
      ii. Page: 1794
   g. Original Principal Balance of Mortgage/Lien: $ 26,200.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*